## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-5773 (FMOx) | Date | May 20, 2019 |
| Title | Rafael Arroyo, Jr. v. APB Properties, LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): None Present

Attorney Present for Defendant(s): None Present

**Proceedings:** (In Chambers) Order Setting Hearing Re: Responses to Order to Show Cause

Having reviewed the parties' responses to the court's Order to Show Cause issued on May 1, 2019, IT IS ORDERED THAT counsel for both parties shall appear on **Thursday, May 23, 2019, at 10:00 a.m. in courtroom 6D of the First Street Courthouse** to discuss their responses and the status of the case. Failure to appear on the date set forth above may result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court, pursuant to Local Rule 41. The hearing shall be deemed vacated in the event the parties file a notice of settlement prior to the hearing.

00 : 00

Initials of Preparer vdr